UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALEXIS SALVANT                                          CIVIL ACTION

VERSUS                                                  NO. 06-11213

LT. HOLT ET AL.                                         SECTION "J" (2)

## ORDER

The Court, after considering the complaint, the record, the applicable law, the

Magistrate Judge's Findings and Recommendation, and finding that as of this date

plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation,

hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as

its opinion, except as to the prejudicial effect of dismissal.

Accordingly, IT IS ORDERED that the claims of Alexis Salvant are DISMISSED

WITHOUT PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 25th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE